United States District Court
Eastern District of North Carolina

RONALD DEMOND BOYKIN
    Plaintiff
  v.             **Judgment in a Civil Case**

THEODIS BECK, VICTOR KERR, NORTH
CAROLINA DEPARTMENT OF
CORRECTION and DR. LAND
    Defendants       Case Number: 5:05-CT-741-BO

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 IT IS ORDERED AND ADJUDGED that defendants Beck, Kerr and North Carolina Department of Correction having been previously dismissed that the remaining defendant's motion for summary judgment is granted and this action is hereby dismissed.

THE ABOVE JUDGMENT WAS FILED AND ENTERED TODAY, JULY 9, 2008, AND COPIES SENT TO:

Via U.S. Postal Service        Via Notice of Electronic Filing
Ronald Demond Boykin        Dana Hefter Davis
107 Lincoln Ln.           Elizabeth Pharr McCullough
Warsaw, NC 28398         Young, Moore & Henderson

July 9, 2008            /s/ Dennis P. Iavarone
Date              Clerk of Court

Raleigh, North Carolina